UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-736 (PAM/JGL)

ROBERT FRANCIS KOELFGEN,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

CSC CREDIT SERVICES, INC.,

Defendant.

A settlement conference has been scheduled in the above-referenced matter for **Wednesday, December 6, 2000, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: November 3, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**
Mr. Robert Koelfgen
1731 108th Street SW
Montrose, MN 55363

Charles Webber, Esq.
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 5540[illegible]-3901

7

NOV 0 3 2000
Filed
Francis E. Dosal, Clerk
Judgment Entd.
Deputy Clerk