**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Francis Koelfgen,

Plaintiff,

vs.

CSC Credit Services, Inc.,

Defendant.

---

Civil No. 00-736 (PAM/JGL)

**REPORT AND RECOMMENDATION**

This matter came before the Court on the defendant's motion for an order to show cause why this action should not be dismissed under Fed. R. Civ. P. 41(b) for the plaintiff's failure to prosecute the case and failure to comply with this Court's orders. Appearances were as noted in the record.

No appearance by Pl. Chambers notified by def. JGL

Based on all the files, records, and proceedings herein, the Court hereby finds that the plaintiff has failed to prosecute this case by failing to respond to the Court's and CSC's efforts to move the case to conclusion, and has failed to comply with this Court's orders by failing to appear at the Court-ordered scheduling conference on August 23, 2000, and the Court-ordered settlement conference on December 6, 2000. No justification appears for the plaintiff's failure to attend these two conferences as required.

Therefore, IT IS HEREBY ORDERED that the defendant's motion is GRANTED. The undersigned hereby recommends to the Honorable Paul A. Magnuson that an order be entered

FEB 2 2 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

under Fed. R. Civ. P. 41(b) dismissing this case with prejudice for the plaintiff's failure to prosecute the case and failure to comply with this Court's orders.

Dated: Feb 21, 2001

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

M2:20364862.01

Under D.Minn. LR72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by March 12, 2001, a writing which specifically identifies those portions of this report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the court of appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.