# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Francis Koelfgen

Plaintiff

v.

CSC Credit Services, Inc.

Defendants

Case No. Civil 00-736 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for an order to show cause why this action should not be dismissed is granted, and this case is dismissed with prejudice for failure to prosecute and failure to comply with this court's orders.

DATE: March 19, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk